ISAAC J. DRAKE, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued April 11, 1879 ; decided April 25, 1879.)

PLAINTIFF, in 1870, was appointed a police court clerk by one of the police justices of the city of New York. The board of supervisors, upon being notified, passed a resolution fixing his salary " at the same amount now allowed to police court clerks." Prior to December 31, 1864, the salary of the police court clerks had been $1,458 per annum, by resolution passed on that day it was increased to the sum of $2,500 per annum ; by virtue of section 26, chap. 508, Laws of 1860, a resolution was passed by the common council December 31, 1869, fixing such salary at $4,000 per annum.

Plaintiff brought this action to recover the difference between the salary as fixed in 1864, and that fixed in 1869.

Defendant, among other things, pleaded in bar, and proved on the trial a former action brought by the plaintiff to recover his salary from September 1, 1871 to August 1, 1872, wherein it was held, that he was entitled to recover at the rate of $2,500 per annum, and judgment was rendered

at that rate. (Reported, *Drake* v. *The Mayor*, 7 Lans., 340.) *Held*, that the plea was good and that the question was *res adjudicata*.

*James E. Graybill* for appellant.

*D. J. Dean* for respondent.

MILLER, J., read for affirmance.
All concur, except DANFORTH, J., not voting.
Judgment affirmed.